UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                                                             ) | Docket No. 1:22-cr-10257-NMG |
| ) | |
| ) | |
| ROSNIL ORTIZ                                          ) | |
| ) | |

## ASSENTED-TO MOTION TO CONTINUE STATUS CONFERENCE

Now comes the defendant, Rosnil Ortiz, and requests that this Honorable Court continue the status conference presently scheduled for July 13, 2023 to a date convenient to the court on or shortly after July 24, 2023. Undersigned counsel has conferred with Assistant U.S. Attorney Michael Crowley and understands that the government assents to this motion.

As grounds, undersigned counsel states that after conferring with Mr. Ortiz and with private counsel, she understands that private counsel will be retained. Private counsel is presently on vacation, set to return on July 18, 2023, and will finalize the arrangements with Mr. Ortiz upon her return. To resolve the issue of counsel and to permit new counsel to finalize the arrangements, Mr. Ortiz requests a short continuance of the status conference scheduled in this case. Mr. Ortiz agrees to exclude from the calculation of the time within which the defendant must be brought to trial under the Speedy Trial Act, 18 U.S.C. §3161, et seq., the period between July 14, 2023 and the newly scheduled status conference, and states that ends of justice served by continuing the matter.

Respectfully submitted,
ROSNIL ORTIZ
By his Attorney,

*/s/ Sandra Gant*
Sandra Gant
B.B.O.: 680122
Assistant Federal Public Defender

Federal Public Defender Office
51 Sleeper Street, 5th Floor
Boston, MA 02210
Tel: 617-223-8061

CERTIFICATE OF SERVICE

    I, Sandra Gant, hereby certify that this document filed through the ECF system will be sent electronically to the registered participant(s) as identified on the Notice of Electronic Filing (NEF) on July 13, 2023.

    */s/ Sandra Gant*
    Sandra Gant